UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION
CASE NO.: 5:14-cv-68-Oc-10PRL

UNITED STATES OF AMERICA,

        Plaintiff,

v.

KAMAL M. HAMED,

        Defendant.

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), UNITED STATES OF AMERICA, Plaintiff, and KAMAL M. HAMED, Defendant, through their undersigned counsel, having settled all issues, hereby stipulate to the dismissal of this action with prejudice. Each party shall bear its own attorneys' fees and costs.

DATED this 17 day of March, 2015.

BECKER & POLIAKOFF, P.A.
*Attorneys for Plaintiff*
121 Alhambra Plaza, Tenth Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
Emails: Sdavis@bplegal.com
        Mlopez@bplegal.com

By: _____
STEVEN M. DAVIS, ESQ.
Florida Bar No. 894249

Kamal Hamed, pro se

_/s/ Kamal Hamed_____